NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**29838**
**08-MAR-2013**
**08:24 AM**

NO. 29838

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RALPH KALEO NAITO, Individually, and as
Conservator and Guardian of GENEVIEVE FERNANDEZ NAITO,
Plaintiff-Appellee
v.
SYDNEY ANTONE NAITO, PAT LELIA MULVEY, RAND E. MULVEY, JR.,
EDNA MAY NAITO, MATALIMA JANICE NAITO,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-2387)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Rand E. Mulvey, Jr.'s Motion for Reconsideration filed March 4, 2013, the papers in support of the motion, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, March 8, 2013.

Presiding Judge

Associate Judge

Associate Judge